UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:19-CR-00196(1)-ADA |
| | § | |
| (1) ANTHONY ONEAL COULTER | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  August 20, 2024 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) ANTHONY ONEAL COULTER, which alleged that Coulter violated a condition of his supervised release and recommended that Coulter 's supervised release be revoked (Clerk's  Document No. 35).  A warrant issued and Coulter was arrested.  On August 23, 2024, Coulter appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Coulter appeared before the magistrate judge on August 27, 2024, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on August 29, 2024 , which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Coulter, the magistrate judge recommends that this court continue Coulter supervised release.   The magistrate judge recommends the additional following special conditions:  The defendant shall participate in the Location Monitoring Program (Home Detention) for six months, which will include remote location monitoring using Active Global Positioning Satellite (GPS) tracking. The defendant shall abide by the rules and regulations of the Participant Agreement Form. During this time, the defendant shall remain at the place of residence except for employment and medical activities approved in advance by the probation officer. The defendant shall maintain a telephone at the place of residence without "caller ID," "call forwarding," "call waiting," "call back/call block," a modem or a portable cordless telephone for the above period as instructed by the probation officer. At the instruction of the probation officer,  the defendant shall wear a transmitter and be required to carry a tracking device. The defendant shall pay for the costs of the program if financially able.

The defendant shall be subjected to active Global Positioning System (GPS) monitoring, which shall be utilized for purposes verifying compliance with any court-imposed condition of supervised release in this case. The defendant shall pay for the costs of the program if financially able. The defendant shall not be released until monitoring equipment is available to the U.S. Probation Office.(Clerk's  Document  No. 47).

    A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served

with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On August 27, 2024, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 46). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 47 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) ANTHONY ONEAL COULTER's term of supervised release is hereby CONTINUED. In addition, defendant Coulter shall comply with the following special conditions:

The defendant shall participate in the Location Monitoring Program (Home

Detention) for six months, which will include remote location monitoring using Active Global Positioning Satellite (GPS) tracking. The defendant shall abide by the rules and regulations of the Participant Agreement Form. During this time, the defendant shall remain at the place of residence except for employment and medical activities approved in advance by the probation officer. The defendant shall maintain a telephone at the place of residence without "caller ID," "call forwarding," "call waiting," "call back/call block," a modem or a portable cordless telephone for the above period as instructed by the probation officer. At the instruction of the   the defendant shall wear a transmitter and be required to carry a tracking device. The defendant shall pay for the costs of the program if financially able.

The defendant shall be subjected to active Global Positioning System (GPS) monitoring, which shall be utilized for purposes verifying compliance with any court-imposed condition of supervised release in this case. The defendant shall pay for the costs of the program if financially able. The defendant shall not be released until monitoring equipment is available to the U.S. Probation Office.  probation officer, the defendant shall wear a transmitter and be required to carry a tracking device. The defendant shall pay for the costs of the program if financially able.

The defendant shall be subjected to active Global Positioning System (GPS) monitoring, which shall be utilized for purposes verifying compliance with any court-imposed condition of supervised release in this case. The defendant shall pay for

the costs of the program if financially able. The defendant shall not be released until monitoring equipment is available to the U.S. Probation Office.

**IT IS FURTHER ORDERED** that all prior conditions of supervised release are reimposed.

Signed this 29th day of August, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE